UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| United States of America | ) | |
|---|---|---|
| | ) | CASE NO. 1:18CR740 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Jennifer Riccardi, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

A bond revocation hearing was held in this matter on March 5, 2019.   The Court finds Defendant in violation of the bond conditions and therefore revokes Defendant's bond and remands Defendant into custody.   Further, the pretrial conference previously scheduled for April 3, 2019 is rescheduled to March 29, 2019 at 10:00 a.m. upon the Court's   granting of Government's oral motion to reschedule.

IT IS SO ORDERED.


 March 6, 2019                                             */s/ John R. Adams*
Date                                                              John R. Adams
                                                                       U.S. District Judge