IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18-CR-740 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER RICCARDI, | ) | MOTION TO WITHDRAW AUSA JAMES |
| JOSEPH DENNIS | ) | P. LEWIS AS COUNSEL FOR THE |
| | ) | GOVERNMENT |
| Defendants. | | |

The undersigned Assistant United States Attorney, James P. Lewis, respectfully asks the Court to withdraw his appearance as counsel for the United States in this case.  AUSA Lewis is no longer able to represent the Government due to upcoming family leave.  Two other Assistant United States Attorneys are still entered as counsel in this case.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:   /s/ James P. Lewis
       James P. Lewis (MD: 1412170148)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3958
       (216) 522-8355 (facsimile)
       James.Lewis@usdoj.gov

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of July 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

        /s/ James P. Lewis
        James P. Lewis
        Assistant U.S. Attorney